**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**April 13, 2009**

Mr. Gene E. McKissic
Brown & McKissic, LLP
Post Office Box 6116
Pine Bluff, AR 71601

      Re: *Baldwin v. Christensen et al.*, 3:08-CV-00162-WRW

Dear Mr. McKissic:

I have received Defendants' Motion to Compel Discovery (Doc. No. 13), which was filed on March 27, 2009, and it appears to be well taken.

I assume that since you have not filed a response,[1] you agree with Defendants' position. If you choose not to respond by 5:00 p.m. on Friday, April 17, 2009, I will grant the motion.

                        Cordially,

                        /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc:    Other Counsel of Record

---

[1] The response was due on Friday, April 10, 2009.