# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**MIKE BALDWIN**                                                                                     **PLAINTIFF**

**v.**                            **3:08-CV-00162-WRW**

**SEAN CHRISTENSEN AND**
**STAR TRANSPORT, INC.**                                                      **DEFENDANTS**

## ORDER

Pending are Defendants' Motion to Compel Discovery (Doc. No. 12) and Plaintiff's Belated Motion for Extension of Time to File Response (Doc. No. 16).

Plaintiff seeks a 14 day extension to respond to Defendants' discovery requests because Plaintiff's counsel was unaware of the discovery and unaware that Defendants had filed the motion to compel.[1] It appears there was an issue with Plaintiff's counsel's correct mailing address.[2]

Plaintiff's Motion for Extension of Time to File Response is GRANTED. Plaintiff is directed to provide Defendants with answers to the discovery requests by 5:00 p.m., Thursday, April 30, 2009. Defendants' Motion to Compel Discovery is DENIED without prejudice. If Defendants are not satisfied with Plaintiff's responses to the discovery, then they may refile the motion to compel.

IT IS SO ORDERED this 16th day of April, 2009.

                                                      /s/ Wm. R. Wilson, Jr.
                                                      UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 16.

[2] *Id.* (Plaintiff's counsel's mailing address changed in January, 2009).