UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**November 30, 2009**

Ms. Kara B. Mikles
Huckabay, Munson, Rowlett & Moore, P.A.
400 West Capitol Avenue
Suite 1900
Little Rock , AR 72201

    Re:    *Baldwin v. Christensen*, No. 3:08-CV-00162-WRW

Dear Ms. Mikles:

Since a corporation cannot represent itself "pro se" what do you suggest that I do, *i.e.*, if you are no longer going to be the lawyer, have arrangements been made to substitute counsel? Please advise.

                              Cordially,

                              /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc:    Other Counsel of Record