**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**December 4, 2009**

Mr. Charles E. Werry
Star Transport, Inc.
Post Office Box 909
Morton, IL 61550

Mr. Sean Christensen
5110 Cairo Road
Paducah, KY 42001

    Re:    *Baldwin v. Christensen, et al.*, 3:08-CV-00162-WRW

Dear Gentlemen:

Attached is a copy of your lawyer's Motion to Withdraw, filed on November 30, 2009. Attached also is a copy of my letter to your lawyer.

I anticipate entering an order removing Ms. Mikles as your counsel of record by 5 p.m., Friday, December 11, 2009. If you want to comment on this, please do so before this time and date.

                        Cordially,

                        /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc:    Counsel of Record