IN THE UNITED STATES DISTRICT COURT
IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| MIKE BALDWIN | PLAINTIFF |
| VS. | NO.  3:08cv00162WRW |
| SEAN CHRISTENSEN AND<br>STAR TRANSPORT, INC. | DEFENDANTS |

**AGREED JUDGMENT**

BE IT REMEMBERED that on this date came on to be heard the above captioned cause; and Plaintiff and Defendant, appeared before the Court; whereupon, said Defendant agreeing hereby that Plaintiff should have and recover Judgment, as set out herein below, and the Court considered the pleading on file in this case, and being of the opinion that Plaintiff is entitled to Judgment from and against said Defendant as stated herein;

It is, therefore, ORDERED, ADJUDGED, and DECREED, that Plaintiff, MIKE BALDWIN, recover Judgment from Defendants, STAR TRANSPORT in the sum of $160,000.00, together with interest at the rate of (6.5%) per annum from the date of judgment until paid, together with cost of Court;

It is further ORDERED that the Judgment be paid as follows:

1.     $10,000.00 paid on or before July 10, 2010;

2.     $6,945.65 per month for 23 consecutive months with the first payment due on August 10, 2010 and each payment thereafter due on or before the 10th day of each consecutive month.

All relief not specifically granted herein is denied. This is a Final Judgment disposing of all issues and all parties, and all prior interlocutory orders of the court in this cause are hereby made final.

SIGNED this _26th_ day of _August, 2010,_

_____
HONORABLE WILLIAM R. WILSON , JR.

Approved as to Form and Substance:

By:_____
R. Todd Elias
TBA No. 00787427
5821 Southwest Freeway, Suite 422
Houston, Texas 77057
(713) 668-9999
Fax: (713) 668-1980

ATTORNEY FOR PLAINTIFF

By:_____
Karen J. Hughes
Watts, Donovan & Tilley, P.A.
200 River Market Avenue, Suite 200
Little Rock, AR  72201-1769
Phone:  501-372-1406
Fax:  501-372-1209

ATTORNEY FOR DEFENDANTS